IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF WEST VIRGINIA

J. RON WRIGHT, in his capacity as
Administrator of the Estate of TERRY
LEE RICHARD, JR., *et al*.

  Plaintiffs,

v.              CIVIL ACT NO.: 1:15-CV-00205
                The Honorable Irene Keeley

SBA COMMUNICATIONS CORP., *et al*.

  Defendants.

**PARTIES' JOINT PROPOSED
AMENDED SCHEDULING ORDER**

  Come now the parties, plaintiffs and third-party defendants J. Ron Wright and Jerry Hill by their counsel Allan N. Karlin, Jane E. Peak and Damon L. Ellis, plaintiff and third-party defendant Autumn Kirkpatrick, by her counsel Allan N. Karlin and Jane E. Peak, and plaintiff and third-party defendant Randall McElhaney by his counsel Damon L. Ellis; defendants SBA Communications Corp., SBA Infrastructure, LLC, SBA Network Services, LLC and SBA Towers, LLC by their counsel Philip J. Sbrolla and Matthew C. Schrebe, defendants and third-party plaintiff FDH Engineering, Inc., FDH Velocitel and FDH, Inc., by their counsel Debra Tedeschi Varder, James A. Varner and Stanley Heflin; defendant and third-party plaintiff FDH Velocitel and Velocitel, Inc., by their counsel Peter T. DeMasters; and third-party defendant S&S Communication Specialists, Inc. by its counsel Paul D. Krepps, pursuant to the Court's December 20, 2017 Order Following Status Conference ("Order") (Doc. 209), requiring the parties to these consolidated cases to file a proposed amended scheduling order regarding five (5) issues, and submits the following dates which the parties have agreed to.

| Plaintiff and 3rd party plaintiff expert disclosure | June 1, 2018 |
|---|---|
| Defendant and 3rd party defendant expert disclosure | June 29, 2018 |

| Rebuttal expert disclosure[1] | July 13, 2018 |
|---|---|
| Completion of discovery | August 31, 2018 |
| Parties to conduct mediation on or before | July 31, 2018 |
| Filing of dispositive motions | September 17, 2018 |

Should the Court have any questions or concerns regarding the proposed scheduling order, counsel will arrange a conference call with the Court to discuss.

                                                                    Respectfully Submitted by
                                                                    The Parties.

/s/ *Jane E. Peak*
Jane E. Peak, WV Bar # 7213
Allan N. Karlin, WV Bar # 1953
Allan N. Karlin & Associates
174 Chancery Row
Morgantown, Wv  26505
304-296-8266
304-296-8640 (fax)
jep@wvjustice.com


/s/ *Damon L. Ellis*
Damon L. Ellis, WV Bar # 8802
John Mani, WV Bar # 8824
Mani Ellis & Layne, PLLC
602 Virginia Street, East, Suite 200
PO Box 1266
Charleston, WV 25325
304-720-1001

*Agreed to:*


/s/ *Debra Tedeschi Varner*
Debra Tedeschi Varner, WV Bar # 6501
James Varner, WV Bar # 3853
Stanley A. Heflin, III, WV Bar # 12745
McNeer, Highland, McMunn & Varner, LC
PO Drawer 2040
Clarksburg, WV 26302-2040

---

[1] A deadline for rebuttal expert disclosure has been added so that the date is established should a rebuttal expert be required.

/s/ *Peter T. DeMasters*
Peter T. DeMasters, WV Bar # 7153
Flaherty Sensabaugh & Bonasso PLLC
48 Donley Street
Suite 501
Morgantown, WV 26501


/s/ *Phillip J. Sbrolla*
Philip J. Sbrolla, WV Bar # 11297
Matthew C. Schrebe, WV Bar # 11972
Cipriani & Werner P.C.
1144 Market Street
Suite 300
Wheeling, WV 26003

/s/ *Paul D. Krepps*
Paul D. Krepps, WV Bar # 6789
Marshall Dennehey Warner Colemen & Goggin
US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
412-803-1188

/s/ *John R. Angotti*
John R. Angotti, WV Bar # 5068
David J. Straface, WV Bar # 3634
Angotti & Straface, LC
274 Spruce Street
Morgantown, WV 26505
304-292-4381

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th of January 2018, I electronically filed the "Parties' Joint Proposed Amended Scheduling Order" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Philip John Sbrolla
Matthew C. Schrebe
Cipriani & Werner P.C.
1144 Market Street
Suite 300
Wheeling, WV 26003
(304) 232-3600
(304) 232-3601 (fax)
psbrolla@c-wlaw.com

Debra Tedeschi Varner
James A. Varner
Stanley A. Heflin
McNeer, Highland, McMunn & Varner, LC
PO Box 2040
Clarksburg, WV 26302-2040
(304) 626-1100
(304) 623-3035 (fax)
saheflin@wvlawyers.com

Peter T DeMasters
Flaherty Sensabaugh & Bonasso PLLC
48 Donley St, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0790 (fax)
peted@fsblaw.com

Paul D. Krepps
Marshall, Dennehey, Warner, Coleman, & Goggin
2900 USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188 (fax)
pdkrepps@mdwcg.com

John R. Angotti
David J. Straface
Angotti & Straface, LC
274 Spruce St
Morgantown, WV 26505
(304) 292-4381
304-292-7775 (fax)
johnangotti@hotmail.com
djstraface@frontier.com

and by first class mail to the following entities who are not CM/ECF participants in this case:

Gerald R. Miller
Gerald R. Miller, PC
PO Box 2667
Muskogee, OK 74402-2667
    *Trustee of S. and S. bankruptcy estate*

S. and S. Communication Specialist, Inc.
PO Box 628
Hulbert, OK 74441-0628

/s/ *Jane E. Peak*
JANE E. PEAK, WV BAR # 7213
ALLAN N. KARLIN & ASSOCIATES
174 CHANCERY ROW
MORGANTOWN, WV  26505
304-296-8266
304-296-8640 (fax)
jep@wvjustice.com