IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

J. RON WRIGHT,
IN HIS CAPACITY AS ADMINISTRATOR
of the Estate of TERRY LEE RICHARD, JR.,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:15-CV-205

SBA COMMUNICATIONS CORP.,      (consolidated for discovery purposes with
SBA TOWERS, LLC, SBA     Civil Action Nos. 1:15-CV-204, 1:15-CV-206,
INFRASTRUCTURE, LLC,     1:15-CV-207, 1:16-CV-228, and 1:16-CV-24)
SBA NETWORK SERVICES, LLC,
FDH VELOCITEL, FDH ENGINEERING, INC.,
FDH INNOVATION and FDH, INC.,

    Defendants,
and

FDH, INC., now known as KCHM, INC., and
FDH ENGINEERING, INC., now known as
KCHM and ASSOCIATES, INC.,

    Third-Party Plaintiffs,

v.

S&S COMMUNICATION SPECIALISTS, INC.,
THE ESTATE OF KYLE KIRKPATRICK,
JERRY HILL and RANDALL McELHANEY,

    Third-Party Defendants.
and

VELOCITEL, INC. d/b/a FDH VELOCITEL,

    Third-Party Plaintiff,

v.

THE ESTATE OF KYLE KIRKPATRICK,
JERRY HILL and RANDALL McELHANEY,

    Third-Party Defendants.

## **NOTICE OF COMPLIANCE WITH COURT'S DIRECTIVE**

        The Defendants, KCHM, Inc. f/k/a FDH, Inc. and KCHM and Associates, Inc. f/k/a FDH

Engineering, Inc. ("FDH Entities"), hereby give notice to all parties that they have complied with

the Court's verbal directive during the August 22, 2018 hearing. Pursuant to said directive, the

FDH Entities have submitted the subject Escrow Agreement as directed by the Court (unredacted version submitted to the Court for *in camera* review, and redacted version submitted to counsel for the Plaintiffs).

Respectfully submitted the 23rd day of August, 2018.

**Defendants, KCHM, INC. f/k/a FDH, INC. and KCHM AND ASSOCIATES, INC. f/k/a FDH ENGINEERING, INC.,**
**By Counsel:**

*/s/ Stanley A. Heflin, III*

James A. Varner, Sr.    (WV State Bar #3853)
Debra Tedeschi Varner (WV State Bar #6501)
Stanley A. Heflin III    (WV State Bar #12745)

Empire Building - 400 West Main Street
P. O. Drawer 2040
Clarksburg, WV 26302-2040
Telephone; (304) 626-1100
Facsimile: (304) 623-3035

McNeer, Highland, McMunn & Varner, L.C.,
        Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

J. RON WRIGHT,
IN HIS CAPACITY AS ADMINISTRATOR
of the Estate of TERRY LEE RICHARD, JR.,

    Plaintiff,

v.   CIVIL ACTION NO. 1:15-CV-205

SBA COMMUNICATIONS CORP.,   (consolidated for discovery purposes with
SBA TOWERS, LLC, SBA   Civil Action Nos. 1:15-CV-204, 1:15-CV-206,
INFRASTRUCTURE, LLC,   1:15-CV-207, 1:16-CV-228, and 1:16-CV-24)
SBA NETWORK SERVICES, LLC,
FDH VELOCITEL, FDH ENGINEERING, INC.,
FDH INNOVATION and FDH, INC.,

    Defendants,
and

FDH, INC., now known as KCHM, INC., and
FDH ENGINEERING, INC., now known as
KCHM and ASSOCIATES, INC.,

    Third-Party Plaintiffs,

v.

S&S COMMUNICATION SPECIALISTS, INC.,
THE ESTATE OF KYLE KIRKPATRICK,
JERRY HILL and RANDALL McELHANEY,

    Third-Party Defendants.
and

VELOCITEL, INC. d/b/a FDH VELOCITEL,

    Third-Party Plaintiff,

v.

THE ESTATE OF KYLE KIRKPATRICK,
JERRY HILL and RANDALL McELHANEY,

    Third-Party Defendants.

## **CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of August, 2018, the undersigned counsel served the

foregoing "***NOTICE OF COMPLIANCE WITH COURT'S DIRECTIVE***" upon counsel of

record via one or more of the following methods: (1) electronic notification through the Court's

CM/ECF system; and/or (2) facsimile, and/or (3) depositing true copies in the United States Mail, postage prepaid, in envelopes addressed as follows:

Damon L. Ellis, Esquire
Jonathan R. Mani, Esquire
Mani Ellis & Layne, PLLC
P.O. Box 1266
Charleston, WV 25325-1266
***Counsel for Plaintiff, Randall McElhaney, and Co-Counsel for Plaintiffs J. Ron Wright, in his capacity as Administrator of the Estate of Terry Lee Richard, Jr., and Jerry Hill***

Philip J. Sbrolla, Esquire
Matthew C. Schrebe, Esquire
Cipriani & Werner, P.C.
1144 Market Street, Suite 300
Wheeling, WV 26003
***Counsel for Defendants, SBA Communications Corporation d/b/a SBA Network Services, LLC, SBA Towers, LLC, SBA Towers, Inc., and SBA Infrastructure, LLC, and Plaintiffs, SBA Telecommunications, LLC, as successor in interest to SBA Telecommunications, Inc. and SBA Towers, LLC***

Allan N. Karlin, Esquire
Jane E. Peak, Esquire
Allan N. Karlin & Associates
174 Chancery Row
Morgantown, WV 26505
***Counsel for Plaintiff, Autumn Kirkpatrick, in her capacity as Administratrix of the Estate of Kyle Kirkpatrick and Co-Counsel for Plaintiffs, J. Ron Wright, in his capacity as Administrator of the Estate of Terry Lee Richard, Jr., Jerry Hill***

Paul D. Krepps, Esquire
Marshall Dennehey Warner
  Coleman & Goggin
600 Grant Street, Suite 2900
Pittsburgh, PA 15219
***Counsel for Third-Party Defendant, S&S Communication Specialists, Inc.*** *(in Civil Action Nos. 1:15-CV-228 and 1:16-CV-24, only)*

John R. Angotti, Esquire
David J. Straface, Esquire
Angotti & Straface
274 Spruce Street
Morgantown, WV 26505
***Counsel for Plaintiff, True Knowledge Ministries International (TKMI)*** *(Civil Action No. 1:16-CV-24, only)*

S&S Communication Specialists, Inc.
418 West Main
Hulbert, OK 74401
***Third-Party Defendant***
*(no longer represented by counsel in Civil Action Nos. 1:15-CV-204, 1:15-CV-205, 1:15-CV-206 and 1:15-CV-207)*

Peter T. DeMasters, Esquire
Flaherty Sensabaugh Bonasso PLLC
48 Donley Street, Suite 501
Morgantown, WV 26501
***Co-Counsel for Defendant and Third-Party Plaintiff, Velocitel, Inc. d/b/a FDH Velocitel*** *(in Civil Action Nos. 1:15-CV-204, 1:15-CV-205, 1:15-CV-206, 1:15-CV-207 and 1:16-CV-24, only)*

James W. Harvey, Esquire
Margolis Edelstein
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
***Counsel for Third-Party Defendants, Randall McElhaney; The Estate of Terry Lee Richard, Jr.; The Estate of Kyle Kirkpatrick; and, Jerry Hill***

*/s/ Stanley A. Heflin, III*