IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF WEST VIRGINIA

J. RON WRIGHT, in his capacity as
Administrator of the Estate of
TERRY LEE RICHARD, JR., *et al.*,

    Plaintiffs,

v.                                                      CIVIL ACT NO.: 1:15-CV-00205
                                                            The Honorable Irene Keeley

SBA COMMUNICATIONS CORP.,*et al.*,

    Defendants.

and

FDH, INC., now known as KCHM, Inc., FDH Engineering Inc., now
known as KCHM and ASSOCIATES, INC., *et al.*,

    Third-Party Plaintiffs,

v.

S&S COMMUNICATIONS SPECIALISTS, INC.,*et al.*,

    Third-Party Defendants,

THE ESTATE OF KYLE KIRKPATRICK, *et al.*,

    Cross Claimants,

S&S COMMUNICATION SPECIALISTS, INC.,
KCHM AND ASSOCIATES, INC.

    Cross Defendants.

## **NOTICE OF THE CANCELLATION OF DEPOSITIONS**

    Come now the plaintiffs, by counsel, and notify the parties that the following depositions have been cancelled.

| | |
|---|---|
| Michael Palmer | October 4, 2018 |
| Michael Gartenberg | October 19, 2018 |
| John Nedley | October 22, 2018 |
| William Rettig | October 24, 2018 |
| John Erichsen | October 24, 2018 |

PLAINTIFF,
BY COUNSEL.

/s/ *Allan N. Karlin*
ALLAN N. KARLIN
WV BAR # 1953
ALLAN N. KARLIN & ASSOCIATES
174 CHANCERY ROW
MORGANTOWN, WV 26505
304-296-8266

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of October 2018, I electronically filed the "Notice of Cancellation of Depositions" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Philip John Sbrolla
Matthew C. Schrebe
Cipriani & Werner P.C.
1144 Market Street
Suite 300
Wheeling, WV 26003
(304) 232-3600
(304) 232-3601 (fax)
psbrolla@c-wlaw.com

Debra Tedeschi Varner
James A. Varner
Stanley A. Heflin
McNeer, Highland, McMunn & Varner, LC
PO Box 2040
Clarksburg, WV 26302-2040
(304) 626-1100
(304) 623-3035 (fax)
saheflin@wvlawyers.com

Peter T DeMasters
Flaherty Sensabaugh & Bonasso PLLC
48 Donley St, Suite 501
Morgantown, WV 26501
(304) 598-0788
(304) 598-0790 (fax)
peted@fsblaw.com

Paul D. Krepps
Marshall, Dennehey, Warner, Coleman, & Goggin
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1140
(412) 803-1188 (fax)
pdkrepps@mdwcg.com

John R. Angotti
David J. Straface
Angotti & Straface, LC
274 Spruce St
Morgantown, WV 26505
(304) 292-4381
304-292-7775 (fax)
johnangotti@hotmail.com
djstraface@frontier.com

James W. Harvey
Margolis Edelstein
525 William Penn Place, Suite 300
Pittsburgh, PA 15219
412-642-2380 (fax)

      and by first class mail to the following entities who are not CM/ECF participants in this case:

| | |
|---|---|
| Gerald R. Miller<br>Gerald R. Miller, PC<br>PO Box 2667<br>Muskogee, OK 74402-2667<br>    *Trustee of S. and S. bankruptcy estate* | S. and S. Communication Specialist, Inc.<br>PO Box 628<br>Hulbert, OK 74441-0628 |

/s/ *Allan N. Karlin*
ALLAN N. KARLIN, WV BAR # 1953
ALLAN N. KARLIN & ASSOCIATES
174 CHANCERY ROW
MORGANTOWN, WV  26505
304-296-8266
304-296-8640 (fax)
ank@wvjustice.com